## BROWN *v.* THE STATE.

COBB, J. The evidence warranted the judgment of conviction, and there was no abuse of discretion in overruling the motion for a new trial, which was based solely upon the grounds that the verdict was contrary to law and the evidence.

*Judgment affirmed.　By five Justices.*

Submitted May 19,—Decided May 30, 1903.

Accusation of simple larceny.　Before Judge Hodges.　City court of Macon. ' May 1, 1903.

*R. D. Feagin,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.

---

## WATSON *v.* THE STATE.

CANDLER, J. The alleged impeaching evidence was not of such a character as to authorize a reversal of the judgment of the court below for refusing to charge the law in regard to impeachment, in the absence of a written request for such a charge. There was no error in the charge of which complaint is made. The alleged newly discovered evidence was merely cumulative in character. There was sufficient evidence to sustain the conviction of the accused ; and the court below did not err in refusing to grant a new trial.

*Judgment affirmed.　By five Justices.*

Submitted May 19,—Decided May 30, 1903.

Indictment for larceny.　Before Judge Evans.　Laurens superior court.　March 28, 1903.

*S. B. Baker* and *H. P. Howard,* for plaintiff in error.
*J. E. Pottle, solicitor-general,* contra.